[L. A. No. 2319. In Bank.—December 17, 1909.]

# W. D. LAMB et al., Appellants, v. D. A. McMULLEN et al., Respondents.

DISTRICT COURT OF APPEAL—APPELLATE JURISDICTION. — Cause ordered transferred to the district court of appeal, on the authority of *Keech* v. *Joplin, ante,* p. 1.

ID.—JURISDICTION IN CERTIORARI. — The district court of appeal has appellate jurisdiction in *certiorari* proceedings.

APPEAL from a judgment of the Superior Court of Orange County.   Z. B. West, Judge.

The facts are stated in the opinion of the court.

Hutton & Williams, B. T. Williams, and H. C. Head, for Appellants.

E. E. Keech, and S. M. Davis, for Respondents.

THE COURT.—This case is an appeal from a judgment of the superior court in a proceeding in *certiorari* to review the proceedings of the board of supervisors of Orange County, whereby the Newbert Protection District was organized under the act approved February 23, 1907.   (Stats. 1907, p. 16.)

The points raised are substantially the same as those considered and decided by this court in *Keech* v. *Joplin, ante,* p. 1, [106 Pac. 222].   The appeal purports to have been taken directly to the supreme court.   For the reasons given in the opinion in *Keech* v. *Joplin,* it should have been taken to the district court of appeal.   That court has the appellate jurisdiction in *certiorari* proceedings.

It is ordered that this cause be transferred to the district court of appeal of the second district for further proceedings.

DISTRICT COURT OF APPEAL—APPELLATE JURISDICTION.—Cause ordered transferred to the district court of appeal on the authority of *Keech* v. *Joplin, ante,* p. 1.

